**Order filed, December 17, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-01076-CV

———————

### MANUEL PUERTA, Appellant

### V.

### GRISEL RODRIGUEZ PUERTA, Appellee

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2016-58613**

---

## ORDER

The reporter's record in this case was due **November 26, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Clarisia Ramirez**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM